IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　　NO.   CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　ORDER

COUNTY OF SACRAMENTO, et al.,

　　　　Defendants.
_____/

　　　　This matter came before the court on July 29, 2005, for hearing on plaintiff's motion to compel.  Plaintiff Gene L. Rogers, M.D., proceeding pro se, appeared on his own behalf.  Claire I. Van Dam, Deputy County Counsel, appeared as counsel for defendants County of Sacramento, et al.  Having considered all written materials filed in connection with the motion, and after hearing oral argument, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion to compel is granted in part and denied in part to the extent it seeks further initial disclosures.

1

Within three weeks of the hearing date defendants shall provide further initial disclosures in the manner and form discussed at the hearing; and

2. Plaintiff's motion to compel is denied without prejudice to the extent it seeks further answers to interrogatories and responses to requests for admission.

IT IS SO ORDERED.

DATED: July 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\rogers1658.072905