IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  
ex rel. GENE L. ROGERS, M.D.,

      Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

      Defendants.  
_____/

NO.  CIV.S-03-1658 LKK DAD PS

ORDER

      This matter came before the court on September 16, 2005, for hearing on defendants' motion to compel and plaintiff's cross-motion for protective order.  Plaintiff Gene L. Rogers, M.D., proceeding pro se, appeared on his own behalf.  Claire I. Van Dam, Deputy County Counsel, appeared as counsel for defendants County of Sacramento, et al.  Having considered all written materials filed in connection with the motions, and after hearing oral argument, for the reasons discussed on the record during the hearing, IT IS HEREBY ORDERED that:

/////

1

1.      Defendants' motion to compel is granted in part. Plaintiff shall verify in writing under oath those interrogatory answers interlineated on his version of the joint statement regarding discovery dispute filed on September 13, 2005.  Plaintiff shall also make available for inspection and copying those collections of documents identified on the record during the hearing.  Defendants shall have an opportunity to inspect those documents at a reasonable time prior to plaintiff's deposition.  In the event a discovery dispute arises at plaintiff's deposition, the parties may contact the court by telephone to obtain a ruling on any such dispute.  The parties shall contact Pete Buzo at (916) 930-4128 in this regard.

2.      Plaintiff's cross-motion for protective order is denied.

DATED: September 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\rogers1658.091605

2