```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

GENE L. ROGERS, M.D., ex rel
UNITED STATES OF AMERICA,

                    Plaintiff,

         v.                              CIV. NO. S-03-1658 LKK/DAD PS

COUNTY OF SACRAMENTO, et al.,

                    Defendants.
                                        /
GENE L. ROGERS, M.D., ex rel
UNITED STATES OF AMERICA,

                    Plaintiff,

         v.                              CIV. NO. S-05-1999 GEB/PAN PS

SACRAMENTO COUNTY BOARD OF
SUPERVISORS, et al.,                     RELATED CASE ORDER

                    Defendants.
                                        /
```

Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, and are based on the same or similar claims, similar questions of

1

fact and the same question of law.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the two (2) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-05-1999 GEB/PAN be, and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-05-1999 LKK/DAD PS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  October 20, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT