IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   NO. CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

    Plaintiffs,

  v.   ORDER

COUNTY OF SACRAMENTO, et al.,

    Defendants.
_____/

    On October 17, 2005, defendants filed and served a "request to extend date for setting the hearing on defendant's motion for summary judgment," seeking leave to notice their anticipated motion for summary judgment for hearing up to and including January 13, 2006.  Presently, the last date for law and motion is December 2, 2005.  However, in light of the remaining dates set forth in the court's Status (Pretrial Scheduling) Order filed January 11, 2005 (the Final Pretrial Conference and bench trial are set for February 13, 2006, and April 11, 2006, respectively), it is not feasible to
/////

1

continue the last day for law and motion without changing the other dates set forth in the scheduling order.

Accordingly, having considered defendants' request, and good cause appearing,[1] IT IS HEREBY ORDERED that:

1. Defendants' request is granted in part. The Status (Pretrial Scheduling) Order filed January 11, 2005, is modified as follows:

   b. All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be <u>completed</u> by **January 13, 2006;**

   c. The Final Pretrial Conference is **RE-SET** for **March 20, 2006, at 1:30 p.m**, before the Honorable Lawrence K. Karlton; and

   d. Trial is **RE-SET** for **May 31, 2006, at 10:30 a.m.**, before the Honorable Lawrence K. Karlton.

2. The remaining terms of the Status (Pretrial Scheduling) Order remain unchanged.

DATED: October 25, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\rogers1658.modify.sched

---

[1] In a declaration supporting defendants' request, counsel for defendants indicates that additional time is required due to periods of medical leave taken by counsel in recent months and delays in the discovery of this matter.

2