IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              NO.  CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

        Plaintiffs,

   v.                                    <u>ORDER</u>

COUNTY OF SACRAMENTO, et al.,

        Defendants.
_____/

      Pursuant to defendants' request, the Status (Pretrial Scheduling) Order in this case recently was modified to extend the last day for law and motion to be heard to January 13, 2006.  While defendants have yet to file a motion for summary judgment, they have expressed an intention to do so and to notice that motion for hearing on the last day for law and motion to be heard.

      On November 15, 2005, plaintiff Gene L. Rogers, M.D., who is proceeding pro se, filed a request that defendants be required to file and serve their motion for summary judgment by December 2, 2005, so that plaintiff has ample time to respond to the motion.  Plaintiff

1

1 appears to be under the erroneous impression that defendants have up
2 to and including January 3, 2006, to file their motion for summary
3 judgment which would give plaintiff only a little over a week to
4 respond to the motion.

5 Having considered plaintiff's request, as well as
6 defendants' recently filed opposition to the request, the court
7 perceives no reason why defendants' forthcoming motion for summary
8 judgment should not be filed, served, noticed for hearing and briefed
9 in accordance with the time limits set forth in Local Rule 78-230.
10 Among other things, that rule requires defendants to file their
11 motion approximately one month prior to the desired hearing date.
12 See L.R. 78-230(a)("The matter shall be set for hearing on the motion
13 calendar of the Judge or Magistrate Judge to whom the action has been
14 assigned or before whom the motion is to be heard, not less than
15 twenty-eight (28) days after personal service and filing of the
16 motion or not less than thirty-one (31) days after mailed or
17 electronic service and filing of the motion."). The Local Rules
18 provide the parties with sufficient time to prepare for the hearing
19 on defendants' motion for summary judgment.

20 Accordingly, IT IS HEREBY ORDERED that plaintiff's November
21 15, 2005, request is denied.

22 DATED: November 18, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

25 DAD:th
Ddad1\orders.prose\rogers1658.briefing

2