IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GENE L. ROGERS, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants.<br>_____/ | NO.  CIV.S-03-1658 LKK DAD PS |
| STATE OF CALIFORNIA<br>ex rel. GENE L. ROGERS, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants.<br>_____/ | NO.  CIV.S-05-1999 LKK DAD PS<br><br><br><br><br><br>ORDER |

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

1

1  objections to the findings and recommendations were to be filed within ten days.  Plaintiff has
2  filed objections to the findings and recommendations.
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
4  304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
5  file, the court finds the findings and recommendations to be supported by the record and by
6  proper analysis.
7        Accordingly, IT IS HEREBY ORDERED that:
8      1. The findings and recommendations filed December 20, 2005, are adopted in
9  full;
10     2. Defendant's motion for consolidation is granted;
11     3. The actions denominated as <u>United States of America ex rel. Gene L. Rogers,</u>
12 <u>M.D.</u>, No. CIV.S-03-1658 LKK DAD PS and <u>State of California ex rel. Gene L. Rogers, M.D.</u>,
13 No. CIV.S-05-1999 LKK DAD PS are consolidated;
14     4. Case No. CIV.S-03-1658 LKK DAD PS is designated as the "master file";
15     5. The Clerk of the Court is directed to copy the amended complaint, answer and
16 any cross- or counter-complaints in case No. CIV.S-05-1999 LKK DAD PS and place said copies
17 in the master file;
18     6. The Clerk is directed to administratively close case No. CIV.S-05-1999 LKK
19 DAD PS; and
20     7. The parties are directed to file all future pleadings, motions and other filings
21 ONLY in case No. CIV.S-03-1658 LKK DAD PS.
22 DATED: January 9, 2006
23
24               /s/Lawrence K. Karlton
               UNITED STATES DISTRICT JUDGE
25
26 /rogers1658.jo