IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA            NO.  CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

           Plaintiff,               CONSOLIDATED CASES

      v.

COUNTY OF SACRAMENTO, et al.,       ORDER

           Defendants.
_____/

STATE OF CALIFORNIA
ex rel. GENE L. ROGERS, M.D.,

           Plaintiff,

      v.

COUNTY OF SACRAMENTO, et al.,

           Defendants.
_____/
```

        The above-listed cases now having been consolidated by order of the assigned district judge, and consistent with the undersigned's intentions expressed in the findings and

/////

1

recommendations recommending consolidation for all purposes, IT IS HEREBY ORDERED that:

1. The Status (Pretrial Scheduling) Order filed in case NO. CIV.S-03-1658 LKK DAD PS on January 11, 2005, is modified as follows:

> All discovery is left open, save and except that it shall be so conducted as to be <u>completed</u> by **March 17, 2006;**
>
> All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be <u>completed</u> by **May 19, 2006;**
>
> The Final Pretrial Conference is **RE-SET** for **July 10, 2006, at 1:30 p.m.,** before the Honorable Lawrence K. Karlton; and
>
> Trial is **RE-SET** for **September 26, 2006, at 10:30 a.m.,** before the Honorable Lawrence K. Karlton.

2. The Status (Pretrial Scheduling) Order filed on January 11, 2005, remains in effect in these cases which are consolidated for all purposes in all other respects.

DATED: January 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\rogers1658.sched.modify

2