IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GENE L. ROGERS, M.D., | NO.  CIV.S-03-1658 LKK DAD PS |
| Plaintiff, | CONSOLIDATED CASES |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants.<br>_____/ | |
| STATE OF CALIFORNIA<br>ex rel. GENE L. ROGERS, M.D., | ORDER |
| Plaintiff, | |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants.<br>_____/ | |

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On January 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

1

1 objections to the findings and recommendations were to be filed within ten days.  Plaintiff has
2 filed objections to the findings and recommendations and defendants have filed a reply.
3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 72-
4 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
5 file, the court finds the findings and recommendations to be supported by the record and by
6 proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1. The findings and recommendations filed January 24, 2006, are adopted in full;
9 and
10      2. Plaintiff's "motion for order – injunction" is denied.
11 DATED:  March 20, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/rogers1658.jo