IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. GENE L. ROGERS, M.D., | NO. CIV.S-03-1658 LKK DAD PS |
| Plaintiff, | CONSOLIDATED CASES |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants._____/ | |
| STATE OF CALIFORNIA<br>ex rel. GENE L. ROGERS, M.D., | ORDER |
| Plaintiff, | |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants._____/ | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On June 23, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

1

1  objections to the findings and recommendations were to be filed within twenty days.  Plaintiff
2  has filed objections to the findings and recommendations and defendants have filed a reply.
3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 72-
4  304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
5  entire file, the court finds the findings and recommendations to be supported by the record and
6  by proper analysis.
7          Accordingly, IT IS HEREBY ORDERED that:
8          1. The findings and recommendations filed June 23, 2006, are adopted in full;
9          2. These consolidated actions are dismissed without prejudice to renewal by
10 plaintiff through a licensed attorney, or by the United States or the State of California; and
11         3. Defendants' motion for summary judgment is denied as moot.
12 DATED: July 21, 2006

                                                  UNITED STATES DISTRICT JUDGE

16 /rogers1658.jo(3)