IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
ex rel. GENE L. ROGERS, M.D.,

    Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.
_____/

NO.  CIV.S-03-1658 LKK DAD PS

O R D E R

The court is in receipt of what appears to be plaintiff's motion to reconsider the court's order adopting the magistrate judge's findings and recommendations filed June 23, 2006.[1] Defendant County of Sacramento desires to respond to plaintiff's motion to reconsider but has filed a declaration indicating that the attorney responsible for the matter shall be unavailable through August 15, 2006. Having considered the matter, the court hereby ORDERS as follows:

1. Any party who desires to respond to plaintiff's motion, filed July 28, 2006, shall have until August 18, 2006 at 10:00 a.m. to file such response.

////

---

[1] Plaintiff has filed a document titled "Motion for Order to Show Cause Re: Vacation of Judgment/Order."

1

      2. Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.[2]  Local Rule 78-230(h).

      IT IS SO ORDERED.

      DATED: August 8, 2006

_____
Lawrence K. Karlton
Senior Judge

---

[2] Plaintiff indicated in his papers that oral argument would be scheduled for September 1, 2006.  The court notes that plaintiff failed to properly notice the matter on the court's Law and Motion calendar pursuant to the local rules.  However, because the matter has been submitted without oral argument, the court need not discuss this procedural defect further.

2