IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA              NO.  CIV.S-03-1658 LKK DAD PS
ex rel. GENE L. ROGERS, M.D.,

          Plaintiff,

     v.                                     O R D E R

COUNTY OF SACRAMENTO, et al.,

          Defendants.
_____/
```

On July 21, 2006, after having conducted a de novo review of this matter, the court adopted the Magistrate Judge's findings and recommendations ("F&Rs") and ordered that the above-captioned consolidated cases be dismissed without prejudice to renewal by plaintiff through a licensed attorney, or by the United States or the State of California.  The court also dismissed defendants' previously pending motion for summary judgment as moot in view of the dismissal without prejudice.  On July 28, 2006, plaintiff Gene L. Rogers filed a "motion for order to show cause re: vacation judgment/order)," which requests that this court vacate

1

1 the F&Rs filed June 23, 2006 and the order adopting the F&Rs.
2 The court construes this request as a motion to reconsider the
3 F&Rs and the court's July 21, 2006 order.
4    Although motions to reconsider are directed to the sound
5 discretion of the court, Frito-Lay of Puerto Rico, Inc. v. Canas,
6 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of
7 judicial economy weigh heavily in the process. Thus, Local Rule
8 78-230(k) requires that a party seeking reconsideration of a
9 district court's order must brief the "new or different facts or
10 circumstances were not shown upon such prior motion, or what
11 other grounds exist for the motion."  Courts considering motions
12 filed under Fed. R. of Civ. P. 59(e), providing for the
13 alteration or amendment of a judgment, have noted that a motion
14 to reconsider is not a vehicle permitting the unsuccessful party
15 to "rehash" arguments previously presented, or to present
16 "contentions which might have been raised prior to the challenged
17 judgment." Costello v. United States, 765 F.Supp. 1003, 1009
18 (C.D.Cal.1991); see also F.D.I.C. v. Meyer, 781 F.2d 1260, 1268
19 (7th Cir.1986); Keyes v. National R.R. Passenger Corp., 766
20 F.Supp. 277, 280 (E.D.Pa.1991). These holdings "reflect[ ]
21 district courts' concerns for preserving dwindling resources and
22 promoting judicial efficiency." Costello, 765 F.Supp. at 1009.
23    In the case at bar, plaintiff has failed to set forth a
24 basis for making the motion to reconsider, including any new or
25 different facts or circumstances that did not previously exist or
26 were not shown, or demonstrated other grounds that justify

2

1  amendment or vacation of the court's order.  The consolidated qui
2  tam actions allege that the County of Sacramento is violating the
3  federal Personal Responsibility and Work Opportunity
4  Reconciliation Act (PRWORA) by providing non-emergent health care
5  to undocumented immigrants under the County Medically Indigent
6  Services Program.  F&Rs at 2.  The Magistrate Judge dismissed the
7  matter because, among other things,  "permitting plaintiff to
8  proceed pro se in these wide-ranging consolidated actions exposes
9  the United States and the State of California to considerable
10 risks in terms of res judicata and collateral estoppel.  Id. at 5
11 (citation omitted).  See also id. at 4 (collecting cases where
12 district courts have dismissed qui tam cases brought by a pro se
13 relator without prejudice to renewing the action by and through
14 counsel).   Having examined the F&Rs at issue in this matter, the
15 court concludes that the Magistrate Judge's analysis is legally
16 sound and firmly supported by case law. The court was thus
17 justified in adopting the F&Rs.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1  Because plaintiff has only rehashed unsuccessful arguments
2  and failed to set forth any "new or different facts or
3  circumstances that were not shown upon such prior motion, or what
4  other grounds exist for the motion," See Local Rule 78-230(k),
5  plaintiff's motion to reconsider must be DENIED.[1]

**IT IS SO ORDERED.**

Dated: September 1, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On August 17, 2006, plaintiff filed a document requesting oral argument on this matter for September 15, 2006. Given the court's ruling, this request is DENIED.

4